# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>[2] JULIO M. HERRERA VELUTINI,<br><br>Defendant. | CRIMINAL NO. 22-342 (SCC) |

### MOTION SUBMITTING ADDITIONAL TRANSLATIONS OF RADIO AND TV BROADCASTS AT DOCKET NO. 426 AND CERTIFICATIONS

**TO THE HONORABLE COURT:**

COMES NOW co-defendant, Julio Herrera Velutini [2] ("Mr. Herrera"), through the undersigned attorneys, and respectfully states and prays as follows:

1. On November 24, 2023, Mr. Herrera filed a supplemental motion in further support of his Motion for Change of Venue, which included reference and citations to various news media, including radio and TV broadcasts in the Spanish language. (Docket No. 426)

2. On that same date, Mr. Herrera requested leave to file the news articles and other submissions in Spanish. (Docket No. 425). The court has yet to rule on said motion.

3. On December 8, 2023, Mr. Herrera submitted translations of the newspapers cited in the motion and requested a short extension to submit translated transcripts of the radio and TV broadcasts.

4. For the Court's consideration and in further support of the Motion to Change Venue, Mr. Herrera hereby files the certified translations of the radio and TV broadcasts translations and transcripts.

5.     In addition, Mr. Herrera submits the certifications of the translations, which should accompany the translations filed at Docket Nos. 353 and 428.

WHEREFORE, Mr. Herrera Velutini kindly requests that the Court accept the submission of additional newspaper articles and grant the short extension of time to submit the transcripts.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, 18th day of December of 2023.

| **The LS Law Firm** | **DLA Piper (Puerto Rico) LLC** |
|---|---|
| One Biscayne Tower, Suite 2530 | 500 Calle de la Tanca Ste. 401 |
| 2 South Biscayne Blvd. | San Juan, PR  00901-1969 |
| Miami, Florida 33131 | Tel. 787 281-8100 |
| Telephone: (305) 503-5503 | |
| Facsimile: (305) 503-6801 | |
| | |
| /s/ *Lilly Ann Sanchez* | /s/ *Sonia Torres-Pabón* |
| Lilly Ann Sanchez, Esq. | Sonia Torres-Pabón |
| Fla. Bar No. 195677 | USDCPR No 209310 |
| Email: lsanchez@thelsfirm.com | Email. Sonia.torres@us.dlapiper.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved.

/s/ *Sonia Torres-Pabón*
Sonia Torres-Pabón