**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[2] JULIO M. HERRERA-VELUTINI,<br><br>Defendant. | CRIMINAL NO. 22-342 (SCC) |

**UNOPPOSED MOTION FILING REDACTED**
**MOTION TO COMPEL AT DOCKET NO. 438**

Defendant Julio M. Herrera-Velutini ("Mr. Herrera" or "Defendant"), by and through the undersigned attorneys, respectfully moves this Court for leave to file a redacted version of its Motion to Compel, at Docket No. 438.

On December 27, 2023, Defendant filed a Motion to Compel restricted to the parties and asked the Court for permission to file a public version of the same. *Se*e Docket No. 437 and 438. In response, the Court requested the Government to state its position. *See* Docket No. 445. In compliance with said order, the Government responded, asking for certain information to be redacted before it be made public. *See* Docket No. 446. Counsel for Mr. Herrera and the Government exchanged a redacted version of the Motion to Compel, and the Government expressed no opposition to the filing of the same.

Therefore, Mr. Herrera respectfully requests leave to file a redacted version of the Motion to Compel attached to this Motion as Exhibit A.

Date: January 16, 2024.

**DLA PIPER (PUERTO RICO) LLP**

By: */s/ Sonia I. Torres-Pabon*
Sonia I Torres-Pabon (USDC-PR No. 209310
500 Calle de la Tanca
Suite 401
San Juan, Puerto Rico 00901
sonia.torres@us.dlapiper.com
Telephone: (787) 281-8100

**THE LS LAW FIRM**

By: */s/ Lilly Ann Sanchez*
Lilly Ann Sanchez
One Biscayne Tower
Suite 2530
2 South Biscayne Boulevard
Miami, FL 33131
lsanchez@thelsfirm.com
Telephone: (305) 503-5503

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, the undersigned attorney filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

Date: January 16, 2024

**DLA PIPER (PUERTO RICO) LLP**

By: */s/ Sonia I. Torres-Pabon*
Sonia I Torres-Pabon (USDC-PR No. 209310
500 Calle de la Tanca
Suite 401
San Juan, Puerto Rico 00901
sonia.torres@us.dlapiper.com
Telephone: (787) 281-8100