# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO M. HERRERA-VELUTINI, <br><br> Defendant. | CRIMINAL NO. 22-342 (SCC) |

### MOTION IN COMPLIANCE WITH COURT ORDER NO. 473 AND SUBMITTING REVISED TRANSLATED TRANSCRIPTS

**TO THE HONORABLE COURT:**

COMES NOW the defendant Julio M. Herrera-Velutini ("the Defendant" or "Mr. Herrera"), through his undersigned attorneys, and respectfully states and prays as follows:

1. On January 22, 2024, the Court issued an order to Mr. Herrera requesting compliance with Local Rule 5 (c) for the translations submitted in connection with the Motion to Change Venue and related submissions, Dockets No. 342, 374, and 426 (and translations submitted at Dockets No. 353, 413, 428, 431).

2. On January 26, 2024, Mr. Herrera filed a motion informing that the Government did not have any objections as to the translated newspaper articles but would need additional time to review the transcripts (audio files).

3. Thereafter, Mr. Herrera conferred with the Government, which requested some minor revisions to the translated transcripts submitted at Dockets Nos. 413-4, and 431-1, and 431-2. Accordingly, Mr. Herrera is submitting revised translated version of those dockets. *See* Exhibit A, B and C.

4. Having the parties agreed that the translated transcriptions are accurate, Defendant requests pursuant to Local Rule 5(c), that the Court accept the translated transcripts at Dockets No. 413 and 431, as revised.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above information with regards to the translated transcripts and accept the revised translations.

Respectfully submitted in San Juan, Puerto Rico, on this 2nd day of February 2024.

**DLA Piper (Puerto Rico) LLC**

/s/ *Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón, Esq.
USDC-PR No. 209310
500 Calle de la Tanca, Ste. 401
Sonia.torres@us.dlapiper.com
San Juan, PR 00901-1969
Tel: 787-945-9101

**The LS Law Firm**
/s/ *Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Email: lsanchez@thelsfirm.com
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

## CERTIFICATE OF SERVICE

It is hereby certified that on this same date the present motion was filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

In San Juan, Puerto Rico on this 2nd day of February, 2024.

*/s/ Sonia I. Torres-Pabón*
SONIA I. TORRES-PABÓN