Publimedia monitoring 24-OCT-2023 WKAQ MAYRA ON 580
Kasowitz Benson Torres LLP
November 08, 2023
Transcript by TransPerfect

[00:00:00]

[Background music]

**RADIO HOST:** ...Mayra on 580.

**MAYRA LÓPEZ MULERO:** And, let's go, c'mon, c'mon, Puerto Rico. Good afternoon, Puerto Ricans, wake up. This is the only program that is generating a conversation about the country. I'm Mayra López Mulero, from WKAQ 580. Dear audience, we are going to be talking about several topics. First, Juan Zaragoza Gómez, a non-traditional politician, presents his candidacy for governor for the Popular Democratic Party. This has caused a lot of commotion inside and outside this political structure. Zaragoza is betting on his honesty and commitment and says that he has a debt to this country, which moves him to present his candidacy for this position. On the other hand, oh boy! I have Pedro Berrios Lara here. Pedro, what a tremendous scandal is happening in the case of Wanda Vázquez. It turns out that the co-defendants in this case want to take the trial off the island, and Wanda is taking the opportunity to separate, and have hers heard by itself. Now I want you to tell me your opinion on that. We have a huge uproar in the San Juan area, where another environmental crime is being committed, in the area of the Quebrada Arena neighborhood, Camino Los Navarro. And this is supported in some way by the dignitary, the mayor Miguel Romero. There is a private company, which has submitted to OPED [PH] a request to change the use of a property that is close to some residences, and that basically represents creating a landfill in these people's yards. And we have a lady who is a psychologist, Karen Vázquez Chéverez, who has full knowledge of the scope of these actions, and we are going to be discussing them, so that they don't take us for fools.. And so that people know who is who. And now more than ever, the elections are coming. In addition to that, I want to highlight that the president of the Senate, Pedro, José Luis Dalmau, filed a lawsuit against Pierluisi, and the president of the State Election Commission, Judge Jessika Padilla. And that is going to give us a lot to talk about. Governing as an interim, that's the same. Hey, that's crazy, huh? How the tables have turned. But the tragic thing here is that you have a ruler who goes beyond our constitution; he would burn it if he had the choice.

**PEDRO BERRIOS LARA:** And the message given is that there is no – that the political opposition does not allow proprietary appointments, and, in this particular case, we are not going to eat up that speech.

**MAYRA LÓPEZ MULERO:** Well, no, and not only that, Pedro. Look, it seems to me that it is a terrible personality trait, that an individual, eh?, who came to the governorship speaking and highlighting his career as a public official, who was secretary of justice, who was resident commissioner, who was a lawyer for the 7 horsemen of the apocalypse, who was one of the lawyers for the *partners* in one of the most favored firms, by sectors that are in line with the ideology of the New Progressive Party, now comes and says no, it was, that that is fine, that it stays there so that the continuity of the State Elections Commission is not affected. And that is a bold lie, and a subterfuge to act like a dictator, and rule by decree. And we, as a country, as a

people, cannot allow these practices, because they will snowball. It seems to me that Pedro Pierluisi, once again, has a very accommodating interpretation of the constitution in this matter.

And when we speak with the president of the senate, all of you, dear audience, will have full knowledge of the grounds that support the filing of that lawsuit in court. And I think it has a lot of merit. Now, I also have to highlight that Pierluisi feels very comfortable with these types of actions, because he trusts that Fortuño's court, there in the supreme court, will give him its blessing. I don't know.

[00:05:00] But how badly things are going for us. I would also like you to give me your opinion, because the case of Julio Herrera Velutini and Mark Rossini, both of them are promoting that case in the court of the *Federicos* [the Feds or the FBI] and the *Cocorocos* [Political influencers]! To take it out of Puerto Rico. Because, allegedly, there is a factual impossibility of obtaining an impartial jury. But Wanda Vázquez wants it not to be here, because Wanda Vázquez's knees are shaking, if this case is heard together, because obviously, the actions of Herrera Velutini and Mark Rossini compromise her. Con– what do you think?

**PEDRO BERRIOS LARA:** The former governor is definitely going to fight, because it suits her in her particular character, to be judged by people from here, in Puerto Rico, because what she needs is a single vote, so that there is no unanimity. With just one person who, for whatever reason, which we may never know, determines she is not guilty, she can then achieve a non-verdict. What happens is that –

**MAYRA LÓPEZ MULERO:** But, if a non-verdict is achieved, another trial must be held.

**PEDRO BERRIOS LARA:** Of course! And then, I would bet on trying to get another one again, who no – one more who does not agree that, that the elements of the crime were proven. But the most important thing here from my perspective is that the federal court is a court that responds to the interests of a group of states, and defends the unity of those states, and the interests of that nation, not only at the level domestic, but also internationally. The power that this court has is very big, so that, even though something is put in the law, that you have to be judged by your peers, as a principle, that will – it will not be interpreted in the law – in the federal court, as it would be interpreted in a local court. Because the courts that are designed to truly address controversies for peers, for citizens, for neighbors around you, are those of the states. And Puerto Rico currently has the imposition of the federal court, with what someone may consider to be good, and also with what is not convenient. So, here the contradiction is that, in effect, we want – the, the governor wants what, what benefits her constitutionally to hear a case, and I don't see that that is going to happen. The federal court is not going to fall into dividing this case, the federal court is going to put, the national interest of hearing the case in one go, with the question of procedural economy, above the consideration of any defendant.

**MAYRA LÓPEZ MULERO:** Of course Also, look, there is a circumstance that must be highlighted, and it is the fact that, generally, right?m these cases are heard in Puerto Rico, and we have some – some precedents, where a judge from another jurisdiction travels to Puerto Rico to attend to a matter of a local nature, which is what happened in the case of Aníbal Acevedo Vilá. So, the least likely scenario is that they take it and take it away from here to the United

3

States. So, they are talking about, no, well, let it be there, uh, any of the components, right? From the first circuit, which is the one that applies to us. I don't think that's going anywhere. On the other hand, Judge Silvia Carreño-Coll has retained control of the case, despite the fact that they have already announced that they want her to recuse herself. Frankly, I get the impression that each lawyer, each legal team is working for the interests of their respective clients.

**PEDRO BERRIOS LARA:** Oh.

**MAYRA LÓPEZ MULERO:** And look how interesting, in the case of the agent, Mr. Rossi.

**PEDRO BERRIOS LARA:** Rossini.

**MAYRA LÓPEZ MULERO:** Rossini, his lawyer, Lydia Lizarribar Masini, already filed a motion, right? And he says that the motion presented by Mr. Herrera raises valid concerns. It is important, regarding the risk of continuing to litigate the case in Puerto Rico. The current scenario represents a series of significant challenges in the administration of justice. The media attention surrounding the case is undeniable, and the susceptibility to inaccurate, unduly damaging, inflammatory coverage [laughter] is significant. Well, that, that – you laugh, because obviously now journalists are also to blame.

**PEDRO BERRIOS LARA:** Puerto Rico, Puerto Rico –

**MAYRA LÓPEZ MULERO:** Does it better.

**PEDRO BERRIOS LARA:** - here it, here it went to hell.

**MAYRA LÓPEZ MULERO:** Yes, it went to hell.

**PEDRO BERRIOS LARA:** And, those are the insular cases represented in the interests of people who do not identify with Puerto Rican culture. These people who are accused here, who are presumed innocent, come to Puerto Rico to fill their pockets, and to manipulate those who allow themselves to be manipulated in Puerto Rico,

[00:10:01] they end up accused in court, and now they want to be judged by people who do not identify with the things that are going on, they are underestimating the capacity of the media... of Puerto Rico, and the ability of the Puerto Rican men and women who would sit as jurors in that federal court, to adjudicate credibility.

**MAYRA LÓPEZ MULERO:** But, they are statesmen. [Laughs] That's life. They want to be like the *Federicos* and the *Cocorocos*: "Ah, but, don't touch me! You have to treat me differently!" So, what are we talking about? They are the – the damn colony, portrait of the colonized, the contradictions. So, Wanda Vázquez is requesting a different treatment for herself. Oh, really? The treatment that she never granted to any Puerto Rican man or woman, when she was secretary of justice. And this lady is – she has a serious problem, because this is hand in

hand, and she is desperate because of what is happening with the – between Paulson and Fahad. And, that is linked, and the room is filling with water, and all this is being revealed thanks to the press, and thanks to the media, so that people understand why she is in an *indictment*, and why she is acting the way she is acting. And notice that the planets are aligning, and she is worried.

**PEDRO BERRIOS LARA:** Definitely, it is that the processing of the case here in Puerto Rico, those juries that are going to hear the evidence, will not ignore that what is being accused here is trying to influence the determination of the person who directed the OCIF office.

**MAYRA LÓPEZ MULERO:** Look, look, it's good that you bring that up. Because I have here the note from Caroline Gracia, from El Vocero, who talks precisely about that. In this case, it is – to, to these 3 beings who adored each other, that Wanda had them sitting next to each other. These individuals are being charged with conspiracy, bribery using federal program funds, and wire fraud. And Rossini and the banker, they are attributed, right? The quid pro quo, offering millions to support the campaign. They wanted to support both Pierluisi's and Wanda's, in exchange for getting rid of the commissioner of the Office of Financial Institutions who was investigating Bancrédito for suspicious practices constituting money laundering. Almost nothing. And those were the ones who Fahad had sitting next to Wanda at their wedding. Look, how cute. And now, her knees are shaking. Now, they also have to be together to face the process of the *Federicos* and the *Cocorocos*. I know that you are going to continue talking about it later. But I want the entire audience to pay attention, because there is a common thread here, and Paulson's case is intertwined with that of Fahad, with Wanda, with that of Herrera Velutini, with Rossini. Oh! Because they won't shut us up. Sorry for existing, don't go away.

[Music]

**RADIO HOST:** Mayra López Mulero, on 580.

**MAYRA LÓPEZ MULERO:** My voice is the voice of those who dare not speak. They won't silence us. They won't silence us [with echo].

[Music ends]

**MAYRA LÓPEZ MULERO:** The president of the Senate of Puerto Rico, José Luis Dalmau Santiago, sued Pedro Pierluisi, because he wants to maintain and perpetuate Judge Jessika Padilla's stay as president of the State Election Commission. You know what that was, right? The electoral commissioner alternates with the New Progressive Party, after the resignation of Judge Francisco Rosado Colomer. She remains in office, because that is what the acting governor determined, and the governor, well, now has no interest, Pedro, none, in sending the appointment in property. And let it be the senate, right? The one who evaluates the credentials of the person who will be in charge of the electoral structure in the next elections. And I think this is just mockery, and it is a subterfuge, a way to nullify the powers and prerogatives of the

5

legislature, in a republican government system, where there are 3 branches, eh? Right? Of, of power.

**[00:15:00]** I have the president of the senate, the honorable José Luis Dalmau Santiago, on the phone. Good afternoon, Mr. President.

**JOSÉ LUIZ DALMAU:** Good afternoon. Good afternoon to you, and good afternoon to the entire audience. A pleasure to be on the program.

**MAYRA LÓPEZ MULERO:** Listen, I haven't mentioned the electoral topic since before the last primary elections. And I think that, as you have pointed out, this is a subterfuge to turn it around, uh? And – and impose the figure of this judge, discarding the prerogatives and powers of the legislature in our government system. What are you exposing?

**JOSÉ LUIS DALMAU:** Well, the first thing is that the – the electoral law, the electoral code that was approved in 2020, which – was the product of a, right? Partisan approval without consensus, but that is what is in force.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** That code establishes the manner and form in which vacancies are filled, when the terms of president and deputy president expire, in the State Election Commission. Those charges expired in the summer of 2021.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** The position of Judge Colomer and the position of Judge Jessika Padilla expired, the term of their appointment, because it is for 4 years, in June 2021. The governor has to comply with the law, and sends some nominees to the State Election Commission, which is the code, so that the commission, the electoral commissioners of all parties, unanimously

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** validate the nomination of the governor for the president and deputy president. The commissioners did not agree, and the nominees – then the governor sends them to the second point, which is the house and the senate. It has to have 2 thirds.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** Of the votes in favor, in the house and senate, to be confirmed. This didn't happen either. They were rejected by the House and Senate.

**MAYRA LÓPEZ MULERO:** He sent some names.

Publimedia monitoring 24-OCT-2023 WKAQ MAYRA ON 580
Kasowitz Benson Torres LLP
November 08, 2023
Transcript by TransPerfect

**JOSÉ LUIS DALMAU:** The third point –

**MAYRA LÓPEZ MULERO:** Forgive me if...

**JOSÉ LUIS DALMAU:** - which establishes the code –

**MAYRA LÓPEZ MULERO:** Yes.

**JOSÉ LUIS DALMAU:** Right? The 3 ways to fill the vacancy, if the electoral commissioners do not agree unanimously, and the legislative assembly rejects it, the third option was that the supreme court selects them.

**MAYRA LÓPEZ MULERO:** That was also ruled out, because this is a –

**JOSÉ LUIS DALMAU:** We take the case to court.

**MAYRA LÓPEZ MULERO:** I agree.

**JOSÉ LUIS DALMAU:** And the court declared –

**MAYRA LÓPEZ MULERO:** That it is unconstitutional.

**JOSÉ LUIS DALMAU:** No, it was what – that was unconstitutional – their part.

**MAYRA LÓPEZ MULERO:** I agree.

**JOSÉ LUIS DALMAU:** So the law remained as it was.

**MAYRA LÓPEZ MULERO:** Look, forgive me, Mr. President, I said that to Pierluisi, looking at his face here in my space, before the famous code that Wanda Vázquez signed was approved, violating and betraying her commitment to the people, because she said that she was not going to sign any – any electoral measure that was not supported by all ideological sectors, and she didn't keep her word. And so, it turns out that, at that moment, I warned Pedro Pierluisi in advance, who is a lawyer, who was secretary of justice, who was cos... resident commissioner, that what he intended to do violated the separation of powers. And later, after he told me that was highly speculative and very unlikely, it happened. And the supreme court unanimously said the same thing that I had said here, many months ago. So, we are used to these crazy an... analyses by Pierluisi on the constitutional issue. Ah, but, when it suits him, he wants to turn the statutes around. And you -

**JOSÉ LUIS DALMAU:** Well, he swore... he swore... he was sworn in as governor, without being confirmed as secretary of state –

**MAYRA LÓPEZ MULERO:** Exactly.

**JOSÉ LUIS DALMAU:** - by the senate.

**MAYRA LÓPEZ MULERO:** Exactly. And again -

**JOSÉ LUIS DALMAU:** [CROSSTALK] had to take him out.

**MAYRA LÓPEZ MULERO:** I agree. Unanimously as well. So we are – this [CROSSTALK] has this tendency to want to circumvent and turn around legal issues, when its interest is to impose criteria. And here we are seeing it again, and in the lawsuit, I suppose that, among the allegations, everything that you and I have said here will be included.

**JOSÉ LUIS DALMAU:** That's right. But then, where are we? Well, then, the governor once declares himself unconstitutional, well, he has to appoint some people to the, to the legislature. He does not do so, because the party – the Dignity Project, files a project to immediately remove Judge Colomer and Padilla from their positions, because they have expired.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** And there, in that second case, the court applies the continuity clause, and says that the State Election Commission cannot be left without a head, that they remain in office until they are replaced by an appointment from the governor.

**MAYRA LÓPEZ MULERO:** In a divided opinion.

**JOSÉ LUIS DALMAU:** So the governor backs down.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** And the appointments are not addressed, the whole year goes by, a year and a half goes by, 2 years go by, but now, the scenario is different, because Judge Colomer resigned [INDISCERNIBLE].

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** The Electoral Code provides, when there is a resignation, how the vacancy is filled.

**[00:20:01]** He says that he is going to occupy the position for 30 days, the com... The deputy president, who is Judge Jessika Padilla, 30 days that have already passed. In those 30 days, the governor has to submit [INDISCERNIBLE] of the new candidates, which he did, and the electoral commissioners did not agree.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** The governor appoints a judge to the House and Senate, to be chairman of the State Election Commission.

**MAYRA LÓPEZ MULERO:** The second last name was Rueda.

**JOSÉ LUIS DALMAU:** Before us – before we evaluate it, the governor withdraws it, Judge Rueda.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** The judge withdraws it and appoints another judge, and the House of Representatives, the same day the judge was appointed, rejects that appointment, so the Senate did not have to act. And since then, the governor has done nothing else, leaving on an interim basis and, in my opinion, this is illegal, because it does not respond to what the electoral code says, the presidency of Judge Jessika Padilla Rivera. I have nothing personal against the judge.

**MAYRA LÓPEZ MULERO:** Yes.

**JOSÉ LUIS DALMAU:** Well, I'm suing for the procedure... procedure.

**MAYRA LÓPEZ MULERO:** Yes, yes, yes.

**JOSÉ LUIS DALMAU:** The governor – first, she cannot occupy the ca... the, the – the position of president on an interim basis, because the electoral code does not allow that.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** A government agency, if the secretary resigns, and the organizational law so provides, the secretary, the undersecretary, or the assistant secretary fills the interim position. But, in this case, the electoral code is very clear on how the vacancy is filled. And the governor would have forced, first, that the judge cannot continue as president, she continues as deputy president, until her successor is named.

**MAYRA LÓPEZ MULERO:** Look -

**JOSÉ LUIS DALMAU:** And, and you know, Mayra, there are continuity clauses, which in the United States is the clause to continue, and here in Puerto Rico, there is a case, I think it is from the government of Miguel Hernández Agosto, where –

**MAYRA LÓPEZ MULERO:** Yes -

**JOSÉ LUIS DALMAU:** - the judges say that the continuity clause cannot be unlimited.

9

**MAYRA LÓPEZ MULERO:** Sure.

**JOSÉ LUIS DALMAU:** But in the United States, the clause is limited to the second session.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** Of, of Congress, for an appointment. The second time, if 3 sessions have already passed here.

**MAYRA LÓPEZ MULERO:** Yes, yes, yes.

**JOSÉ LUIS DALMAU:** But the continuity clause does not operate on promotion.

**MAYRA LÓPEZ MULERO:** Mm-hmm.

**JOSÉ LUIS DALMAU:** She continues in office until her successor arrives, but she cannot become president, because she has not been appointed for that.

**MAYRA LÓPEZ MULERO:** Yes, yes, I understand your, your analysis. I think it's a very respectable analysis. I am here with a fellow lawyer, former prosecutor, Pedro Berrios Lara, who is nodding his head.

**JOSÉ LUIS DALMAU:** Greetings.

**PEDRO BERRIOS LARA:** Yes. Good afternoon, Mr. President. Greetings.

**JOSÉ LUIS DALMAU:** Greetings.

**PEDRO BERRIOS LARA:** It's just that I understand that, if the governor believes that the, the interim, right?, the honorable Jessika Padilla has the capacity to assume the position properly, what they have to do is send the appointment.

**MAYRA LÓPEZ MULERO:** Sure. But look –

**JOSÉ LUIS DALMAU:** Appoint her to the State Election Commission, so that the commissioners evaluate it. If you cannot agree, appoint her [INDISCERNIBLE], and do the process accordingly.

**MAYRA LÓPEZ MULERO:** As it should be done.

**PEDRO BERRIOS LARA:** Of course

**JOSÉ LUIS DALMAU:** [CROSSTALK] vacant by law.

Publimedia monitoring 24-OCT-2023 WKAQ MAYRA ON 580
Kasowitz Benson Torres LLP
November 08, 2023
Transcript by TransPerfect

**PEDRO BERRIOS LARA:** And we follow the constitution and the laws.

**MAYRA LÓPEZ MULERO:** But what it cannot do is usurp the constitutional powers of legislators. And look how interesting, I want... I want to read to you what, what they quote here, because he answered, he answered today, and El Vocero picked it up today. Forgive me, El Vocero did it yesterday. Where Pierluisi answers Dalmau, after filing the lawsuit, and look what he says, and I am quoting him: "The delegation of the Popular Democratic Party in the Senate had 2 opportunities to evaluate and confirm appointments to fill the vacancy of the presidency of the State Election Commission, and they crossed their arms. We have acted in good faith." Yes, Pepe. Take that – yes, Pepe doesn't say it, I say it.

**JOSÉ LUIS DALMAU:** Well, let's... let's... let's break it down, let's break it down [laughs]. The fact of good faith must be underlined –

**MAYRA LÓPEZ MULERO:** Put that on it.

**JOSÉ LUIS DALMAU:** - and cross it out.

**MAYRA LÓPEZ MULERO:** But -

**JOSÉ LUIS DALMAU:** Because he sent the same judges whom the commission rejected last year, –

**MAYRA LÓPEZ MULERO:** Of course

**JOSÉ LUIS DALMAU:** - the names [INDISCERNIBLE], knowing that they were going to be rejected.

**MAYRA LÓPEZ MULERO:** Sure. And he removed them.

**JOSÉ LUIS DALMAU:** Yes. No, no, there is no good faith there.

**MAYRA LÓPEZ MULERO:** And re...

**PEDRO BERRIOS LARA:** And he blamed him –

**JOSÉ LUIS DALMAU:** Somewhere else. Yes.

**PEDRO BERRIOS LARA:** And, he blames the –

**JOSÉ LUIS DALMAU:** He sent some people, and they were rejected.

**PEDRO BERRIOS LARA:** - that they are politicians –

**MAYRA LÓPEZ MULERO:** That's why. But -

Publimedia monitoring 24-OCT-2023 WKAQ MAYRA ON 580
Kasowitz Benson Torres LLP
November 08, 2023
Transcript by TransPerfect

**JOSÉ LUIS DALMAU:** And, a judge – I forget her name now, and she was rejected by the chamber.

**PEDRO BERRIOS LARA:** Cinthia Irizarry.

**JOSÉ LUIS DALMAU:** That he acted, that he acted [INDISCERNIBLE]. Now, what is the purpose of that now? That he has, he has to name another person.

**MAYRA LÓPEZ MULERO:** That's why.

**JOSÉ LUIS DALMAU:** If you want to replace the deputy president...

**MAYRA LÓPEZ MULERO:** President, you filed a *mandamus*, right? Before the court of first instance of San Juan.

**JOSÉ LUIS DALMAU:** We send [INDISCERNIBLE].

**MAYRA LÓPEZ MULERO:** And that was settled on Monday.

**JOSÉ LUIS DALMAU:** On Monday.

**MAYRA LÓPEZ MULERO:** Okay. Well, then, we are going to –

**JOSÉ LUIS DALMAU:** I understand, I understand that, if I'm not mistaken, the lawyers informed me yesterday of the hearing, it could be, I don't know if, I think it will be this Thursday.

**MAYRA LÓPEZ MULERO:** Ah, well, let's keep an eye on that. Mr. President, I know that you have a lot of things to attend to. I thank you for your availability, and we will follow up on this news. We are going to be on top of this. Thanks for -

**JOSÉ LUIS DALMAU:** Thank you so much.

**MAYRA LÓPEZ MULERO:** - your participation.

**JOSÉ LUIS DALMAU:** [INDISCERNIBLE], have a nice day.

**MAYRA LÓPEZ MULERO:** Of course. Good afternoon. Look, how interesting. Frankly, I tell you this without holding back, Pedro. I am astonished to see the legal juggling that Pedro Pierluisi

**[00:25:01]** and his minions are doing on these issues. And look, when we were talking about the situation that the president of the senate referred to, in the case of the, of the interim positions and all that – this issue, those were – that was a divided opinion, party-oriented, in the

components of the supreme court. So the people are watching, and I also think that the judges of the supreme court have to take into consideration that their roles have to be free of political-partisan influences and pressures, as judges of the supreme court, as members of the Olympus. Oh! Because they won't shut us up. Sorry for existing. Any comments, Pedro?

**PEDRO BERRIOS LARA:** Well, the supreme court could have determined that it was not unconstitutional, if they could get the votes, and make an example of appointing someone who was up the challenge of, right? Of public perception and from those who are experts on the electoral issue, a judge of what trajectory. But they decided not to agree and not assume the role that the law gave them, of course, strictly according to the law, I agree that it could be declared unconstitutional. But by declaring it inconsistent...

**MAYRA LÓPEZ MULERO:** It could – it could be declared unconstitutional.

**PEDRO BERRIOS LARA:** The prerogative that was attributed by law to the supreme [court] to appoint could be declared unconstitutional.

**MAYRA LÓPEZ MULERO:** Well, of course.

**PEDRO BERRIOS LARA:** Of course Of course

**MAYRA LÓPEZ MULERO:** It's just that – this, this was too naive. Look, professors of constitutional law who spoke with me, the likes of Judge Carlos – forgive me, Professor Carlos Ramos, eh? We said it clearly. And, other constitutionalists, too. So, I frankly –

**PEDRO BERRIOS LARA:** In legal terms, I agree with that interpretation. I think that the supreme court did not resolve correctly, because they did not get the majority of votes. So, what was left was what, what was determined in –

**MAYRA LÓPEZ MULERO:** Well, mostly, they gave him, they created a doctrine that benefited Pierluisi's position.

**PEDRO BERRIOS LARA:** It's eve... Well, what happens is that Pierluisi's position is given, to leave the interim position.

**MAYRA LÓPEZ MULERO:** That's why.

**PEDRO BERRIOS LARA:** Incidentally, because of the result. But, if they had ad... determined that they were going to take the validity of the law, which I do not agree with, I believe it is unconstitutional. And they would have appointed a high-ranking judge, well –

**MAYRA LÓPEZ MULERO:** But they couldn't do that, Pedro, because it is, it is – the supreme court cannot interfere with the power of another branch. And that's what the supreme court said.

Look, this is clearly unconstitutional, and that was unanimous. There it was unanimous. It said: "Look, I'm... that violates the doctrine of the separation of powers." What I am saying was

divided is in relation to the provisions and the laws they contain, how a vacancy is going to be filled.

**PEDRO BERRIOS LARA:** That's clear. Yes.

**MAYRA LÓPEZ MULERO:** In terms of continuity, and that is not within the electoral statute, they are different things. Do you understand what I'm telling you?

**PEDRO BERRIOS LARA:** You're right. The effect of the unanimous determination of the supreme [court], not naming a successor.

**MAYRA LÓPEZ MULERO:** Of course

**PEDRO BERRIOS LARA:** So, it was practically passing the buck to the political component, right?

**MAYRA LÓPEZ MULERO:** I agree.

**PEDRO BERRIOS LARA:** But, what catches my attention here is that the governor has an opportunity in several ways to assume leadership, and obtains the unanimous consensus of the State Election Commission, it's game over.

**MAYRA LÓPEZ MULERO:** Pedro, the governor doesn't give a damn, he has no interest, because he has control of the electoral apparatus. And this is linked to everything that has happened with his refusal to seek consensus to amend a rigged electoral code, which gives the advantage to the party in power. Of course not, he has no interest! And what he and all his henchmen have done is to put their foot in any ideological sector, understating all, except the PNP, to seek this balance, and guarantee the country that its electoral will will be respected in a fair process, in a clean process, and in a process that closes the door to fraud. And the reality is that they have done everything possible to keep that pen open, in order to manipulate the electoral process to their benefit. That is why I tell the country, I reiterate it every afternoon, regardless of what electoral law ultimately prevails in the next elections, the antidote to avoid this nonsense is massive participation at the polls. So, the power is with the people. That's why I insist, my party is Puerto Rico, sorry for existing, and don't let them fool you... Don't go away... [Cut in the audio]