Exhibit C

16-NOV-2023 NOTI UNO EN LA MIRILLA 12 PM - JULIO HERRERA VELUTINI.
DLA Piper LLP
December 13, 2023
Transcript by TransPerfect

**MALE 1:** Other news, that I have to mention to you: page 12 of *El Nuevo Día*, the Venezuelan agent Herrera Velutini alleges that the federal prosecutor abuses and exceeds in its power. So, he gave the example of Angie Ávila, who had a case fabricated against her, and after having her at [PH]Niascua for five years, they let her go. Let's understand something: this federal prosecutor is much less political, and the FBI nowadays, than what it was at the end of the 90's and at the beginning of this century. There is more prudence. But there is something else: our FBI agents and our agents, the federal prosecutors, are under the mantle. They are being pressured, because Donald Trump declared war on the Department of Federal Justice, on the FBI, and he has them… pressured with that. I have confidence in [INDISCERNIBLE] there isn't much justice in the colonies, and the little that there is, has to be administered well. There is something here; I said it, this is one of the largest cases that we're going to see, when all these things start to come out. This allegation that the federal prosecutor abuses isn't going to get anywhere. First of all, because it has no basis. And secondly, because, uh, sooner or later, there are some political and national security considerations that are coming and are going to be seen. Uh, it also tells us…