# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] WANDA VÁZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (SCC) |

### UNITED STATES' MOTION IN COMPLIANCE WITH COURT ORDER TO FILE REDACTIONS

The United States, by and through the undersigned attorneys, and pursuant to the Court's Order, files redacted versions as follows:

1. Exhibit A – Redacted Motion to Dismiss filed by Defendant Herrera (ECF No. 262).

2. Exhibit B – Redacted Response filed by the United States (ECF No. 301).

3. Exhibit C – Redacted Reply filed by Defendant Herrea (ECF No. 340).

### Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 2nd day of February, 2024.

> COREY R. AMUNDSON
> Chief, Public Integrity Section
> U.S Department of Justice
>
> */s/ Nicholas W. Cannon*
> Nicholas W. Cannon (G01814)
> Ryan R. Crosswell (G03502)
> Trial Attorneys
> Department of Justice
> Public Integrity Section
> 1301 New York Ave., NW - 10th Floor

Washington, D.C. 20530
(202) 514-8187
Nicholas.Cannon2@usdoj.gov