IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **CRIMINAL NO. 22-342 (SCC)** |
| **[1] WANDA VAZQUEZ GARCED,**<br>**[2] JULIO M. HERRERA VELUTINI,**<br>**[3] MARK T. ROSSINI,**<br>**Defendants.** | |

### UNITED STATES' MOTION TO RESTRICT

The United States requests leave to file an exhibit to the parties' Joint Informative Motion Regarding Meet and Confer under the "Selected Parties" restriction level, namely, OCIF's privilege log. The parties are requesting that this be restricted until the Court is able to make a determination on the scope of privileges asserted by OCIF.

WHEREFORE, the United States respectfully requests that the present motion to restrict be GRANTED by this Court.

RESPECTFULLY SUBMITTED, this 22nd of February, 2024.

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S Department of Justice

*/s/Nicholas W. Cannon*
Nicholas W. Cannon
Trial Attorney (G01814)
Department of Justice
Public Integrity Section
1301 New York Ave., NW
10th Floor
Washington, D.C. 20530
(202) 514-8187
nicholas.cannon2@usdoj.gov

Certificate of Service

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

                                                    */s/Nicholas W. Cannon*
                                                    Nicholas W. Cannon