## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 22-342 (SCC) |
| **PLAINTIFF,** | |
| v. | |
| [2] JULIO M. HERRERA-VELUTINI, ET AL., | |
| **DEFENDANTS.** | |

### <u>MOTION TO RESTRICT</u>

**TO THE HONORABLE COURT:**

COMES NOW the Office of the Commissioner of Financial Institutions of Puerto Rico ("OCIF" for its Spanish acronym), through the undersigned counsel, and very respectfully states and requests as follows:

OCIF respectfully requests leave to file its motion in compliance with this Court's Omnibus Order, DKT No. 534, under the restriction level "Selected Parties" (defendant Herrera-Velutini), since it relates to confidential matters currently under the Honorable Court's consideration.

**WHEREFORE**, OCIF respectfully requests that this Honorable Court grant this motion.

Dated: May 15, 2024                    Respectfully submitted,

**H. LOPEZ LAW, LLC**

Metro Office Park
Building 11, Suite 105-A
Guaynabo, PR 00968
Telephone: (787) 422-0243

*/s/Heriberto López-Guzmán*
Heriberto López-Guzmán
USDC-PR No. 224611
hlopez@hlopezlaw.com