IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] WANDA VÁZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (SCC) |

**SUPPLEMENTAL INFORMATIVE MOTION REGARDING MEET AND CONFER**

The United States of America files this supplemental informative motion regarding a meet and confer with the defendants addressing the need for a Classified Information Procedures Act ("CIPA") § 3 protective order, pursuant to the Court's Order on August 27, 2024 (ECF No. 620). As noted in the Government's previous informative motion, the Government and Mr. Herrera had a final provision of the draft order that they were attempting to resolve. The Government and Mr. Herrera have reached an agreement on that provision, and are preparing a final, agreed upon CIPA protective order that they will file with the Court. The Government respectfully requests ten (days) to file the final draft orders with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED**, this 30th day of August, 2024.

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    U.S Department of Justice

    */s/ Nicholas W. Cannon*
    Nicholas W. Cannon (G01814)

Ryan R. Crosswell (G03502)
Trial Attorneys
Department of Justice
Public Integrity Section
1301 New York Ave., NW - 10th Floor
Washington, D.C. 20530
(202) 514-8187
Nicholas.cannon2@usdoj.gov