## Material Produced by Prosecution and Filter Teams, United States v. Herrera

### Prosecution Team

| Time Period | Total Pages Produced | Total Non-Load-Ready Material Produced | Page Equivalent* | Total Productions |
|---|---|---|---|---|
| 2022 | 191,731 | 0 GB | 0 | 3 |
| 2023 | 2,507,590 | 0 GB | 0 | 8 |
| 2024 | 5,843,250 | 787.9 GB | 47,274,000 | 13 |
| **Grand Total** | **8,542,571** | **787.9 GB** | **47,274,000** | **24** |
| *Since March 31, 2024* | **4,200,341** | **0 GB** | **0** | **7** |

\* Note one GB may contain the equivalent of 100,000 emails, 60,000 pages of Word documents or 15,000 images. For purposes of this analysis, one GB is assumed to consist of 60,000 pages.

### Filter Team

| Time Period | Total Pages Produced* | Total Non-Load-Ready Material Produced | Page Equivalent | Total Productions |
|---|---|---|---|---|
| 2023 | 48,206 | 0 GB | 0 | 2 |
| 2024 | 26,500 | 94.1 GB | 5,646,126 | 9 |
| **Grand Total** | **74,706** | **94.1 GB** | **5,646,126** | **11** |
| *Since March 31, 2024* | **26,500** | **94.1 GB** | **5,646,126** | **9** |

\* Filter team productions have included material requiring privilege review by Mr. Herrera and newly produced material that had been withheld pending privilege review by others.

### Productions Since May 30, 2024 (Both Prosecution and Filter Teams)

| Date | Size (Pages or Bytes) | Page Equivalent |
|---|---|---|
| 5/30/2024 | 5.9 GB | 354,000 |
| 6/10/2024 | 61.8 GB | 3,708,000 |
| 6/12/2024 | 121,706 pages | - |
| 6/12/2024 | 4.4 GB | 264,000 |
| 7/15/2024 | 1,785 pages | - |
| 7/18/2024 | 19,906 pages; 12 GB | 720,000 |
| 7/19/2024 | 4,809 pages | - |
| 7/29/2024 | 7.8 GB | 468,000 |
| 7/30/2024 | 2.2 GB | 132,000 |
| 8/09/2024 | 1,011,669 pages | - |
| 8/21/2024 | 40 pages | - |
| 8/29/2024 | 10,304 pages | - |
| 8/29/2024 | 2.1 MB | 126 |
| 8/30/2024 | 58 pages | - |
| **Grand Total** | **1,170,277 pages** | **5,646,126** |

**Total Productions to Date (Both Prosecution and Filter Teams)**

| Date | Team | Size (Pages or Bytes) | Page Equivalent |
|---|---|---|---|
| 8/31/2022 | Prosecution | 75,213 pages | - |
| 9/7/2022 | Prosecution | 714 pages | - |
| 9/19/2022 | Prosecution | 115,804 pages | - |
| 3/7/2023 | Prosecution | 12,986 pages | - |
| 5/26/2023 | Prosecution | 303,225 pages | - |
| 8/2/2023 | Prosecution | 247 pages | - |
| 8/17/2023 | Prosecution | 1,652 pages | - |
| 9/15/2023 | Prosecution | 58,336 pages | - |
| 9/15/2023 | Filter | 8,494 pages | - |
| 10/20/2023 | Prosecution | 319,773 pages | - |
| 12/4/2023 | Prosecution | 294,194 pages | - |
| 12/19/2023 | Prosecution | 1,517,177 pages | - |
| 12/21/2023 | Filter | 39,712 pages | - |
| 2/1/2024 | Prosecution | 89.3 GB | 5,358,000 |
| 2/7/2024 | Prosecution | 158.1 GB | 9,486,000 |
| 2/14/2024 | Prosecution | 1,553,143 pages and 236.3 GB | 14,178,000 |
| 2/20/2024 | Prosecution | 88,623 pages and 159.1 GB | 9,546,000 |
| 2/29/2024 | Prosecution | 267 pages and 69.4 GB | 4,164,000 |
| 3/6/2024 | Prosecution | 876 pages and 75.7 GB | 4,542,000 |
| 5/1/2024 | Prosecution | 2,676,710 pages | - |
| 5/28/2024 | Prosecution | 379,854 pages | - |
| 5/30/2024 | Filter | 5.9 GB | 354,000 |
| 6/10/2024 | Filter | 61.8 GB | 3,708,000 |
| 6/12/2024 | Prosecution | 121,706 pages | - |
| 6/12/2024 | Filter | 4.4 GB | 264,000 |
| 7/15/2024 | Filter | 1,785 pages | - |
| 7/18/2024 | Filter | 19,906 pages; 12 GB | 720,000 |
| 7/19/2024 | Filter | 4,809 pages | - |
| 7/29/2024 | Filter | 7.8 GB | 468,000 |
| 7/30/2024 | Filter | 2.2 GB | 132,000 |
| 8/09/2024 | Prosecution | 1,011,669 pages | - |
| 8/21/2024 | Prosecution | 40 pages | - |
| 8/29/2024 | Prosecution | 10,304 pages | - |
| 8/29/2024 | Filter | 2.1 MB | 126 |
| 8/30/2024 | Prosecution | 58 pages | - |
| **Grand Total** | - | **8,617,277 pages and at least 882 GB*** | **52,920,126** |

*Grand total of load-ready pages and non-load-ready page equivalents is roughly 61.5 million.*