Exhibit 1

| Item of Evidence | Production Number(s) | Pages (Load-Ready) | GB (Non-Load-Ready)* |
|---|---|---|---|
| John Blakeman cell phone | 12 and 13 | 1,067,839 | 53.6 (3,216,000 page equivalent) |
| Frances Diaz cell phones | 12, 13, 14, 17 and 20-Supplemental | 3,521,076 | 164.2 (9,852,000) |
| Lillian Sanchez cell phone | 12 and 13 | 455,099 | 34.2 (2,052,000) |
| Marisol Blasco cell phone | 11 and 11-Supplemental | 811,716 | 158.7 (9,522,000) |
| JHV Apple account | 8 and 17 | 165,266 | N/A |
| JHV Yahoo account | 9 | 152,017 | N/A |
| Mark Rossini Apple account | 8 | 3,626 | N/A |
| Mark Rossini Google account | 9 | 19,796 | N/A |
| Wanda Vazquez cell phone | 11, 17 and 19 | 415,940 | N/A |
| Wanda Vazquez Apple account | 11, 16 and 19 | 264,973 | 50.4 (3,024,000) |
| Bank records from JP Morgan, PNC Bank, Barclays and HSBC | 1 | 1,297 | N/A |
| Records from Fahad Ghaffar | 11 | 202 | N/A |
| Records from CT Group | 1 and 4 | 3,012 | N/A |
| Records from Dane Waters | 1 | 79 | N/A |
| Records from Political Consultant "J.C." | N/A | N/A | N/A |
| Records from Frances Diaz | 1, 11, 16 and 20 | 1,622 | N/A |
| Records from Antonio Pabon | 1 | 92 | N/A |
| Records from Osvaldo Soto | 1 | 214 | N/A |
| Records from Bancredito and BHC supporting Indictment paragraphs 5 and 6 | 5 | 227,108 | N/A |
| Records from MTR Associates | 1, 5 and 12 | 1,113 | N/A |
| Records from Britannia Global Investments and Britannia Financial Services Ltd. | N/A | N/A | N/A |
| Records from JPMC | N/A | N/A | N/A |
| Records from the FEC | 1 | 60 | N/A |
| Messages related to a Diario Las Americas article | N/A | N/A | N/A |
| Messages from 2019 and 2020 related to interactions with Dane Waters | N/A | N/A | N/A |
| **Total** | | **7,112,147** | **461.1 (27,666,000 page equivalent)** |

The government's designation of evidence encompasses more than 7 million pages out of the roughly 8.5 million pages of load-ready material produced to date, plus the equivalent of over 27 million pages of non-load-ready evidence.

*Page equivalents are included in parentheses. Note one GB may contain the equivalent of 100,000 emails, 60,000 pages of Word documents or 15,000 images. For purposes of this analysis, one GB is assumed to consist of 60,000 pages.