February 28, 2020

Honorable Wanda Vázquez Garced
Governor
La Fortaleza
San Juan, Puerto Rico

Dear Governor:

It is with deep regret that I tender my resignation as Commissioner of the Office of the Commissioner for Financial Institutions of Puerto Rico effective Friday March 6, 2020.

It has been my honor to serve the people of Puerto Rico.

Sincerely,

George R. Joyner, CPA, MBA, PMP



PO Box 11855, San Juan, PR 00910-3855
1492 Avenida Ponce de León
Edificio Centro Europa, Suite 600
San Juan, PR 00907- 4024
Tel: 787-723-3131 ext. 2204, 2206
e-mail: georgej@ocif.pr.gov