UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[2] JULIO HERRERA VELUTINI<br><br>Defendant. | CRIMINAL NO. 22-342 (SCC) |

## MOTION TO JOIN DOCKET NO. 677

**TO THE HONORABLE COURT:**

**COMES NOW**, Defendant Julio Herrera Velutini (Mr. Herrera), by and through the undersigned counsel, and respectfully states and prays as follows:

1. On September 26, 2024, Defendant Mark Rossini (Mr. Rossini) filed a "Motion to Dismiss and Request for Evidentiary Hearing" (Dkt. 677).

2. Mr. Herrera hereby joins and adopts by reference all the *legal arguments* presented by Mr. Rossini at Dkt. 677. Mr. Herrera has also on this date submitted his own motion to dismiss. See Dkt. 688.

WHEREFORE, Mr. Herrera respectfully requests the Court to GRANT this motion and permit Mr. Herrera to join in the legal arguments set forth in Dkt. 677.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this October 2, 2024.

| | |
|---|---|
| **CONTINENTAL PLLC**<br>/s/ Christopher M. Kise<br>Christopher M. Kise (FBN 855545)<br>Admitted Pro Hac Vice<br>Primary Email: ckise@continentalpllc.com<br>Secondary Email:<br>cforjet@continentalpllc.com<br>101 North Monroe Street, Suite 750<br>Tallahassee, FL 32301<br>Telephone: (850) 332-0702 | **DLA Piper (Puerto Rico) LLC**<br>*/s/ Sonia I. Torres-Pabón*<br>Sonia I. Torres-Pabón (USDC-PR No. 209310)<br>sonia.torres@us.dlapiper.com<br>500 Calle de la Tanca, Ste. 401<br>San Juan, PR 00901-1969<br>Tel: 787-281-8100 |

**The LS Law Firm**
*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com

One Biscayne Tower, Suite 2530
South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

## CERTIFICATION

**IT IS HEREBY CERTIFIED** that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón