IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    **Plaintiff**,<br><br>            **v.**<br><br>JULIO M. HERRERA-VELUTINI,<br>    **Defendant.** | CRIMINAL NO. 22-342 (SC)(GLS) |

## MOTION REQUESTING TRANSCRIPTS

**TO THE HONORABLE COURT:**

   Julio M. Herrera-Velutini, through his undersigned attorneys, respectfully requests the transcript of the status conference hearing held on October 3rd, 2024, in which counsel for Mr. Herrera-Velutini was one of the participants, *see* Docket No. 701. Exhibit 1 (Transcript Order Form).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 7th day of October  2024.

                    **DLA Piper (Puerto Rico) LLC**

                    /s/ Sonia I. Torres-Pabon
                    Sonia I. Torres-Pabon (USDC-PR No. 209310)
                    sonia.torres@us.dlapiper.com
                    500 Calle de la Tanca, Ste. 401
                    San Juan, PR 00901-1969
                    Tel: 787-281-8100

**The LS Law Firm**

*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com
One Biscayne Tower, Suite 2530 2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

**CERTIFICATE OF SERVICE**

It is hereby certified that on this date the present motion is filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*