AO 436 (Rev. 12/04)

Administrative Office of the United States Courts

# CD/TAPE ORDER

*Read Instructions on Next Page.*

| | | |
|---|---|---|
| 1. NAME Sonia Torres Pabon | 2. PHONE NUMBER 787 945-9120 | 3. DATE 10/07/2024 |
| 4. MAILING ADDRESS 500 Calle Tanca, Suite 401 | 5. CITY San Juan | 6. STATE PR  7. ZIP CODE 00901 |
| 8. CASE NUMBER 22-342 | 9. CASE NAME USA v. W. Vazquez | DATES OF PROCEEDINGS  10. FROM 10/3/2024  11. TO |
| 12. PRESIDING JUDGE Hon. Silvia Carreño-Coll | | LOCATION OF PROCEEDINGS  13. CITY San Juan  14. STATE PR |

**15. ORDER FOR**

☐ APPEAL        ☒ CRIMINAL        ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL           ☐ IN FORMA PAUPERIS        ☐ OTHER (Specify)

16. TAPE REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Status Conference | 10/03/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE *[signed]* | 19. DATE 10/03/2024 | |
| PROCESSED BY | PHONE NUMBER | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | |
| PARTY RECEIVED TAPE / CD | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    ORDER RECEIPT    ORDER COPY