UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (SCC) |

United States of America's Motion to Restrict

TO THE HONORABLE COURT:

COMES NOW, the United States of America in compliance with the Court's Standing Order No. 9, regarding restricted filings before the Court, and requests that the Court allow ECF No. 733 to remain with the viewing restriction of Selected Parties, insofar as it references ECF No. 676, which is under selected party restriction. The United States and the defendants were selected as parties with access to ECF No. 733.

WHEREFORE, the United States requests that the Court allow ECF No. 733 remain filed as "Selected Parties", with access granted to the United States and the defendants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of October 2024.

W. STEPHEN MULDROW
United States Attorney

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 25th day of October 2024.

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney
