IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CRIM. NO. 22-342 (SCC) |
| WANDA VÁZQUEZ-GARCED [1], JULIO M. HERRERA-VELUTINI [2], AND MARK T. ROSSINI [3], | |
| Defendants. | |

**ORDER**

During the Status Conference held on October 3, 2024, the Court stated that it would enter a separate order setting new filing deadlines. *See* Docket No. 701. Accordingly, it sets the following deadlines:

| TASK | DEADLINE / DATE |
|---|---|
| **Dispositive Motions[1] (including those related to CIPA matters)** | 3/31/2025 |
| **Responses to Dispositive Motions** | 4/30/2025 |
| **Pretrial Conference** | 6/2/2025 |
| **Motions** *in limine*[2] | 6/9/2025 |
| **Responses to Motions** *in limine* | 7/11/2025 |
| **Proposed** *Voir Dire* | 8/4/2025 |
| **Proposed Jury Instructions** | 8/4/2025 |

---

[1] Indeed, defendants have already filed dispositive motions, but should they wish to file additional ones, this is the final date to do so.

[2] Similarly, several motions *in limine* have been filed, but should the parties wish to file additional ones, this is the final date to do so.

U.S.A. v. Vázquez-Garced et al.                                                                 Page 2

      A further Status Conference is set for December 12, 2024 at 2:00 p.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of October 2024.

                S/ SILVIA CARREÑO-COLL
          UNITED STATES DISTRICT COURT JUDGE