## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. JULIO M. HERRERA-VELUTINI, *Defendant*. | CRIMINAL NO. 22-342 (SCC)(HRV) |

## DEFENDANT'S MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COMES NOW the defendant, Julio M. Herrera-Velutini ("Mr. Herrera") through his undersigned attorneys, who respectfully states and prays as follows:

1. Today, Mr. Herrera will file a Motion in Reply and respectfully requests that the motion be accepted by the Court for filing with the following level of restriction: ***Restricted viewing for case participants only (The Government and the Defendants).***

2. Mr. Herrera's reply is in response to the Government's 404(b) Notice (Dkt. 639), which was filed under a restricted level. Mr. Herrera is filing restricted to maintain consistency in the level of protection.

**WHEREFORE**, Mr. Herrera respectfully requests that the motion remain sealed under the requested restriction level.

Respectfully submitted in San Juan, Puerto Rico, this 30th day of October, 2024.

**DLA Piper (Puerto Rico) LLC**

*/s/ Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón (USDC-PR No. 209310)
Email: sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Suite 401
San Juan, Puerto Rico 00901-1969
Telephone: (787) 281-8100
Facsimile: (787) 945-9102

**The LS Law Firm**

*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com
One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

**CONTINENTAL, PLLC**

*By: /s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
Admitted ProHacVice
Primary Email: ckise@continentalpllc.com
Secondary Email: cforjet@continentalpllc.com
101 N. Monroe Street., Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 30th day of October, 2024.

*/s/ Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón