Time set: 2:30 PM
Start time: 2:33 AM
End time: 2:57 PM

# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTE OF PROCEEDINGS:</u>

SILVIA L. CARRENO-COLL, U.S. DISTRICT JUDGE

 COURTROOM DEPUTY: María Elena Pintado-Espiet Date:  December 12, 2024

 COURT REPORTER: Kelly Surina  **Criminal Case: 22-342 (SCC)**

==================================================================

## CASE CALLED FOR STATUS CONFERENCE

Sixth Status Conference as to Wanda Vázquez-Garced, Julio M. Herrera-Velutini and Mark T. Rossini, held on December 12, 2024, by VTC. Appearing on behalf of the Government were AUSA Myriam Y. Fernández-González and Trial Attorneys Ryan R. Crosswell and Nicholas W. Cannon. On behalf of Defendant Vázquez-Garced were Attorneys Luis A. Plaza-Mariota, Peter John Porrata, Ignacio Fernández De-Lahongrais and Edgar L. Sánchez-Mercado. On behalf of Defendant Herrera-Velutini were Attorneys Sonia Torres-Pabon, Lilly Ann Sánchez and Christopher Kise. On behalf of Defendant Rossini were Attorneys Michael Brian Nadler and Lydia Lizarribar-Masini.

Mr. Kise asked the Court to schedule oral argument for the pending motions to dismiss at Docket Nos. 677 and 688. He informed that counsel for Mr. Herrera-Velutini was available on **June 27, 2025**, should oral argument be scheduled. The Government, however, does not believe that oral argument is necessary. Rather, the Government understands that the Court can rule on the papers. After hearing from the parties, the

Time set: 2:30 PM
Start time: 2:33 AM
End time: 2:57 PM

Court **held in abeyance** Mr. Kise's request and clarified that it will review the pending dispositive motions and determine if oral argument is necessary or if it will afford the parties additional time to supplement the motions.

The deadline to file a CIPA Section 5 Notice was set for **March 31, 2025**. The deadline to file motions to suppress was also set for **March 31, 2025**.

A further status conference will be scheduled for the first week of **March 2025**. The same will be held by VTC and the exact date will be set by separate order.

Lastly, Mr. Kise asked for a sidebar. But because the Status Conference was held by VTC and members of the press were in the courtroom, the Court finalized the Status Conference and took the sidebar from Chambers. This ex parte communication was on the record and therefore memorialized by the court reporter.

STA tolled in the interest of justice until the next status conference. The Court finds that defendants' need to review discovery and the need to engage in plea conversations outweighs the defendants' and the community's interest in a speedy trial.

In San Juan, Puerto Rico, this 12th day of December 2024.

s/ María Elena Pintado-Espiet
COURTROOM DEPUTY