**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    **Plaintiff**,<br><br>            **v.**<br><br>JULIO M. HERRERA-VELUTINI,<br>    **Defendant.** | CRIMINAL NO. 22-342 (SC) |

**MOTION TO CLARIFY MINUTE AT DOCKET NO. 772**

**TO THE HONORABLE COURT:**

    Julio M. Herrera-Velutini, through his undersigned attorneys, would like to clarify a clerical error in the minute order dated December 12, 2024, at Docket No. 772, page 1. The minute mistakenly recorded Mr. Herrera's counsel's availability for oral argument (should the Court decide to hold one). The correct date should have been the week of **January 27, 2025, not June 27, 2025**.

    WHEREFORE, counsel for Mr. Herrera respectfully requests that this Honorable Court take notice of the above and correct the minute to reflect the date of January 27, 2025, instead of June 27, 2025.

    RESPECTFULLY SUBMITTED.

1

In San Juan, Puerto Rico this 16th day of December 2024.

<div style="display: flex;">

**CONTINENTAL PLLC**
*/s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
Admitted *Pro Hac Vice*
ckise@continentalpllc.com
Secondary: cforjet@continentalpllc.com
Lazaro P. Fields (FBN 1004725)
Admitted *Pro Hac Vice*
lfields@continentalpllc.com
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702

**DLA Piper (Puerto Rico) LLC**
*/s/ Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón (USDC-PR No. 209310)
sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Ste. 401
San Juan, PR 00901-1969
Telephone: (787) 281-8100

**The LS Law Firm**
*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (FBN 195677)
Admitted *Pro Hac Vice*
lsanchez@thelsfirm.com
One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

</div>

## CERTIFICATE OF SERVICE

It is hereby certified that on this date the present motion is filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*