Filed with the Classified
Information Security Officer
CISO _[signature]_
Date 02/19/2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>JULIO M. HERRERA VELUTINI<br><br>    Defendant. | Case No. 3:22-cr-00342(SCC) |

## JULIO M. HERRERA VELUTINI'S FIRST NOTICE PURSUANT TO SECTION 5(A) OF THE CLASSIFIED INFORMATION ACT[1]