Filed with the Classified
Information Security Officer
CISO _____
Date 02/19/2025

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

       Plaintiff,

   v.

JULIO M. HERRERA VELUTINI

       Defendant.

Case No. 3:22-cr-00342(SCC)

## JULIO M. HERRERA VELUTINI'S
## MOTION TO COMPEL CLASSIFIED INFORMATION[1]