# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 22-342 (SCC) |
| [2] JULIO HERRERA VELUTINI | |
| Defendant. | |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COMES NOW the defendant, Julio M. Herrera Velutini ("**Mr. Herrera**"), by and through his undersigned attorneys, who respectfully states and prays as follows:

1. Today, Mr. Herrera will file a motion related to a previously restricted filing (Dkt. 826) and respectfully requests that the Court accept the motion for filing with the following level of restriction**:** *Restricted viewing for case participants only (the Government and the Defendants)*.

2. Mr. Herrera's motion is in response to the Magistrate Judge's Opinion and Order (Dkt. 826) which, in turn, was issued under a restricted viewing. Mr. Herrera is filing the present motion under the same restricted viewing to maintain consistency in the level of protection.

**WHEREFORE**, the defendant, Julio M. Herrera Velutini, respectfully requests that the motion remain sealed under the requested restriction level.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 7th day of April 2025.

| **The LS Law Firm** | **DLA Piper (Puerto Rico) LLC** |
|---|---|
| One Biscayne Tower, Suite 2530 | 500 Calle de la Tanca Ste. 401 |
| 2 South Biscayne Blvd. | San Juan, PR 00901-1969 |
| Miami, Florida 33131 | Tel. 787 281-8100 |
| Telephone: (305) 503-5503 | */s/ Sonia Torres-Pabón* |

2

Facsimile: (305) 503-6801  Sonia Torres-Pabón
/*s/ Lilly Ann Sanchez*  USDCPR No 209310
Lilly Ann Sanchez, Esq.  Email: Sonia.torres@us.dlapiper.com
Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com

**CONTINENTAL, PLLC**
*By: /s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
Admitted Pro Hac Vice
Primary Email: ckise@continentalpllc.com
Secondary Email: cforjet@continentalpllc.com
chris@ckise.net
101 North Monroe Street., Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702

## **CERTIFICATION**

It is hereby certified that on this date the present motion is filed with the Clerk of the Court through the CM/ECF electronic system restricted to case participants (counsel for defendants and the Government).

*/s/ Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón
