Filed with Classified
Information Security Officer

CISO _____

Date  May 19, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

CRIMINAL NO. 22-342 (SCC)

[2] JULIO HERRERA VELUTINI

Defendant.

## DEFENDANT JULIO HERRERA VELUTINI'S
## MOTION FOR ACCESS TO THE GOVERNMENT'S CIPA § 4 FILINGS