Filed with Classified
Information Security Officer

CISO _____

Date _____ May 14, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

[2] JULIO HERRERA VELUTINI

Defendant.

CRIMINAL NO. 22-342 (SCC)

**DEFENDANT JULIO HERRERA VELUTINI'S REPLY IN SUPPORT OF MOTION TO COMPEL CLASSIFIED INFORMATION AND OPPOSITION TO GOVERNMENT'S MOTION TO EXCLUDE UNDER CIPA SECTION 6**