IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>[1] WANDA VAZQUEZ-GARCED,<br>[2] JULIO M. HERRERA-VELUTINI,<br>[3] MARK T. ROSSINI,<br><br>**Defendants.** | CRIMINAL NO. 22-342 (SCC) |

**JOINT INFORMATIVE MOTION AND
REQUEST FOR VIRTUAL HEARING**

**TO THE HONORABLE COURT:**

**COMES NOW** all defendants, through their undersigned attorneys, and respectfully state the following:

1. The parties hereby inform the Court that they have reached an agreement with the government. Under this agreement, the government will file a one-count Information. Accordingly, the parties respectfully request that the Court schedule a hearing at which the defendants may be arraigned and enter their pleas pursuant to this agreement.

2. Additionally, the parties request that the Court conduct the hearing virtually. Two of the defendants, Mr. Herrera and Mr. Rossini, currently reside outside the United States. Additionally, Mr. Herrera is unable to enter the United States at this time because his visa expired. A virtual hearing for all defendants will allow this matter to proceed without any delay and expeditiously. All counsel of record consent to this request. The government has no objection to proceeding virtually.

WHEREFORE, the parties respectfully request that the Court take notice of this agreement and schedule a hearing to be conducted virtually.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of June 2025.

| | |
|---|---|
| **DLA Piper (Puerto Rico) LLC** | */s/ Luis A. Plaza-Mariota* |
| */s/ Sonia I. Torres-Pabón* | Luis A. Plaza-Mariota |
| Sonia I. Torres-Pabón | USDC - PR 124806 |
| USDC-PR No. 209310 | Luis A. Plaza Law Offices |
| sonia.torres@us.dlapiper.com | P.O. Box 362122 |
| 500 Calle de la Tanca, Ste. 401 | San Juan, Puerto Rico 00936-2122 |
| San Juan, PR 00901-1969 | Tel: 787-764-0310Tel: 787-281-8100 |
| Telephone: (787) 945-9120 | plaza@luisplazalaw.com |
| | |
| **The LS Law Firm** | */s/ Ignacio Fernández de Lahongrais* |
| */s/ Lilly Ann Sanchez* | Ignacio Fernandez de Lahongrais |
| Lilly Ann Sanchez, Esq. | Avenida Ponce de León, Suite 1210 |
| Fla. Bar No. 195677 | San Juan, Puerto Rico 00918-1475 |
| Email: lsanchez@thelsfirm.com | Tel. 787-923-5789 |
| One Biscayne Tower, Suite 2530 | ignacio@bufetefernandezalcaraz.com |
| 2 South Biscayne Blvd. | |
| Miami, Florida 33131 | */s/ Edgar Sanchez Mercado* |
| Telephone: (305) 503-5503 | EDGAR SANCHEZ MERCADO |
| Facsimile: (305) 503-6801 | USDC-PR 227004 |
| | esmlawoffice@gmail.com |
| | 255 Avenida Ponce de León, Suite 1210 |
| | San Juan, Puerto Rico 00918-1475 |
| | |
| **CONTINENTAL, PLLC** | */s/Peter John Porrata* |
| */s/ Christopher M. Kise* | PETER JOHN PORRATA |
| Christopher M. Kise | USDC – PR 128901 |
| FBN 855545 | PO BOX 3943 |
| Admitted ProHacVice | Guaynabo, PR 00969-3943 |
| Primary Email: ckise@continentalpllc.com | Tel. 407-953-9888 |
| Secondary Email: cforjet@continentalpllc.com | peterjohnporrata@gmail.com |
| 101 N. Monroe Street., Suite 750 | |
| Tallahassee, FL 32301 | *Attorneys for Wanda Vazquez Garced* |
| Telephone: (850) 332-0702 | |
| *Attorneys for Julio Herrera Velutini* | |

LIZARRIBAR MASINI LAW OFFICE
*/s/ Lydia Lizarribar Masini*
G-14 O'Neill Street, Suite A
San Juan, PR 00918
(787) 250-7505
lizarribarlaw@gmail.com


STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC
Two South Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

*/s/ Michael B. Nadler*
Michael B. Nadler
Fla. Bar No. 51264
mnadler@sknlaw.com
Admitted pro hac vice

*/s/ Juan J. Michelen*
Juan J. Michelen
Fla. Bar No. 92901
jmichelen@sknlaw.com
Admitted pro hac vice
Attorneys for Mark T. Rossini


## CERTIFICATE OF SERVICE

It is hereby certified that on this date the present motion is filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*