IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] WANDA VÁZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (SCC) |

PARTIES MOTION IN COMPLIANCE WITH COURT ORDER

The United States of America and defendants [1] Wanda Vázquez-Garced, [2] Julio M. Herrera Velutini, and [3] Mark T. Rossini jointly submit this motion in compliance with the Court Order of June 17, 2025. In response to the Court's specific questions, the parties state as follows:

1.  The parties have come to terms on plea agreements that would resolve the instant case. The plea agreements are made pursuant to Fed. R. Crim. P. 11(c)(1)(A) & (B) and will require the United States to file an Information for each defendant pursuant to Fed. R. Crim. P. 58, as the pending indictment will be dismissed.

2.  A waiver of Indictment will not be necessary, but the parties anticipate that each defendant will be assigned a new case number based on local practice and since separate Informations will be filed pursuant to each defendant's plea agreement.

3.  In response to the Court's request as to the possibility of holding a change of plea hearing by video teleconference, the parties submit that the Court has explicit authority to do so pursuant to Federal Rule of Criminal Procedure 43(b)(2) because the defendants' agreement with

the government contemplates pleading to a misdemeanor information.[1]

4. Under Rule 43(b)(2), the Court may permit a defendant to appear by video teleconference for arraignment, plea, trial, and sentencing if the offense is a misdemeanor and the defendant consents in writing. *See also United States v. Bethea*, 888 F.3d 864, 866 (7th Cir. 2018)("Moreover, Rule 43 was amended in 2011 to permit videoconference pleas for misdemeanor offenses."), *overruled on other grounds as recognized in United States v. Davis*, 29 F.4th 380, 387–88 (7th Cir. 2022); *United States v. Portolyoni*, 2020 WL 5604047, at *5 (S.D.N.Y. Sep. 18, 2020) ("Notably, Rule 43 expressly permits a defendant to waive his presence at sentencing for misdemeanors. The Rule has no similar provision for a felony sentencing."). Thus, because the agreements contemplate misdemeanor pleas, and the defendants are prepared to consent in writing to proceeding with the arraignment and plea by video teleconference, Rule 43 expressly authorizes the Court to proceed by video teleconference. Defendants Rossini and Herrera are out of the jurisdiction and therefore respectfully request that the Court permit them to appear via video teleconferencing pursuant to Fed. R. Crim. P. 43(b)(2) for the arraignment and plea hearing. This will avoid unnecessary delay due to travel restrictions for Mr. Herrera. Defendant Vazquez also agrees to appear virtually so that all Defendants can appear on the same day. All Defendants will submit the requisite written consent.

5. The defendants would further proffer that they are all available on June 30, 2025 and July 1, 2025, to enter their guilty pleas pursuant to the plea agreements with the United States. The United States is available at the Court's convenience.

WHEREFORE, the parties respectfully request that the Court take notice of the foregoing.

Respectfully submitted on this 20th day of June 2025.

---

[1] The Informations will charge a misdemeanor violation of 52 U.S.C. § 30121 (Contribution by a Foreign National) and § 30109(d)(1)(A)(ii) (Penalties for Violations)

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system.

FOR THE UNITED STATES:

W. STEPHEN MULDROW
United States Attorney


*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez (218011)
Assistant U.S. Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
myriam.y.fernandez@usdoj.gov


*/s/ Nicholas W. Cannon*
Nicholas W. Cannon (G01814)
Senior Litigation Counsel
Department of Justice
Public Integrity Section
1301 New York Ave., NW - 10th Floor
Washington, D.C. 20530
(202) 514-8187
Nicholas.Cannon2@usdoj.gov

FOR THE DEFENDANTS:

| **DLA Piper (Puerto Rico) LLC** | **s/ Luis A. Plaza-Mariota** |
|---|---|
| /s/ Sonia I. Torres-Pabón | Luis A. Plaza-Mariota |
| Sonia I. Torres-Pabón | USDC - PR 124806 |
| USDC-PR No. 209310 | Luis A. Plaza Law Offices |
| sonia.torres@us.dlapiper.com | P.O. Box 362122 |
| 500 Calle de la Tanca, Ste. 401 | San Juan, Puerto Rico 00936-2122 |
| San Juan, PR 00901-1969 | Tel: 787-764-0310 |
| Tel: 787-281-8100 | plaza@luisplazalaw.com |
| **The LS Law Firm** | **s/ Ignacio Fernández de Lahongrais** |
| */s/ Lilly Ann Sanchez* | IGNACIO FERNANDEZ DE LAHONGRAIS |
| Lilly Ann Sanchez, Esq. | USDC -PR 211603 |

Fla. Bar No. 195677
Email: lsanchez@thelsfirm.com
One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

**CONTINENTAL, PLLC**
*By: /s/ Christopher M. Kise*
Christopher M. Kise
FBN 855545
Admitted ProHacVice
Primary Email: ckise@continentalpllc.com
Secondary Email: cforjet@continentalpllc.com
101 N. Monroe Street., Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702
*Attorneys for Julio Herrera Velutini*

LIZARRIBAR MASINI LAW OFFICE
*/s/ Lydia Lizarribar Masini*
G-14 O'Neill Street, Suite A
San Juan, PR 00918
(787) 250-7505
lizarribarlaw@gmail.com

STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC
Two South Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

*/s/ Michael B. Nadler*
Michael B. Nadler
Fla. Bar No. 51264
mnadler@sknlaw.com
Admitted pro hac vice

*/s/ Juan J. Michelen*
Juan J. Michelen
Fla. Bar No. 92901
jmichelen@sknlaw.com

Tel. 787-923-5789
ignacio@bufetefernandezalcaraz.com

*/s/ Edgar Sanchez Mercado*
EDGAR SANCHEZ MERCADO
USDC-PR 227004
esmlawoffice@gmail.com
Avenida Ponce de León, Suite 1210
San Juan, Puerto Rico 00918-1475

*/s/Peter John Porrata*
PETER JOHN PORRATA
USDC – PR 128901
PO BOX 3943
Guaynabo, PR 00969-3943
Tel. 407-953-9888
peterjohnporrata@gmail.com
*Attorneys for Wanda Vazquez Garced*

Admitted pro hac vice
Attorneys for Mark T. Rossini