#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**,<br><br>v.<br><br>JULIO M. HERRERA-VELUTINI,<br>**Defendant.** | CRIMINAL NO. 22-342 (SCC) |

### REQUEST FOR RETURN OF BOND

**TO THE HONORABLE COURT:**

COMES NOW defendant, Julio M. Herrera-Velutini, through his counsel, and hereby respectfully informs and prays:

On January 15, 2026, and January 20, 2026, Mr. Herrera-Velutini received full and unconditional pardons in Cases Nos. 22-cr-342, and 25-cr-297. Thereby, effectively concluding the criminal proceedings against him.

Since Mr. Herrera has no other matters pending, it is requested that the bond be returned, with any accrued interest, if, pursuant to local rule, the cash security was deposited in an interest-bearing account. Therefore, Mr. Herrera-Velutini requests that the Court issue an order authorizing the return of the cash security bond posted in Case No. 22-342. *See* Dkt. Nos. 80 (setting the bail conditions), 94 (informing of the bond post). A copy of the receipt for the bond (No. 100889) was entered at Dkt. No. 100.

This motion will also be filed in Case No. 25-cr-297.

Wherefore, Defendant respectfully requests that the Court enter an order addressed to the Court's Clerk for the return of the defendant's bond posted in the above captioned case, including any accrued interest if applicable.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of January 2026.

**DLA Piper (Puerto Rico) LLC**

/s/ Sonia I. Torres-Pabon
Sonia I. Torres-Pabon (USDC-PR No. 209310)
sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Ste. 401
San Juan, PR 00901-1969
Tel: 787-281-8100

**CONTINENTAL, PLLC**

*By: /s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
*Admitted ProHacVice*
Primary Email: ckise@continentalpllc.com
Secondary Email: cforjet@continentalpllc.com
101 N. Monroe Street, Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702

**The LS Law Firm**

/s/ Lilly Ann Sanchez
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
*Admitted ProHacVice*
Email: lsanchez@thelsfirm.com

One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone:  (305) 503-5503
Facsimile:  (305) 503-6801

**CERTIFICATE OF SERVICE**

It is hereby certified that on this date, the present motion is filed with the Clerk of the Court through the CM/ECF electronic system, which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*